IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BERNARD BRUCE PERTEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-1390-E |
| | § | |
| DAVID RISHER, ET AL., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this lawsuit is DISMISSED WITH PREJUDICE.

SIGNED: January 3, 2024.

Ada E. Brown
UNITED STATES DISTRICT JUDGE